No. 02–6467. KELLY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–6468. VLIET v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6469. WILSON v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–6472. COLLINS ET AL. v. FCC/NATIONAL BANK. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–6476. SANCHEZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6499. NORRIS v. DEPARTMENT OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 02–6533. NEWMAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–6561. GARZA v. SOUTH TEXAS COMMUNITY COLLEGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6576. SCOTT v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6580. TYLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6593. WARD v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–6598. YOUNG v. CITY OF ST. CHARLES, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–6622. WILLIAMS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 02–6626. OWENS v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.